# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALFRED HARRISON

NO. 2023 KW 0094

**MARCH 6, 2023**

---

In Re:    Alfred Harrison, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          378037.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information, the state's response to the motion to correct, the commitment order, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                         **JEW**
                         **AHP**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

a.S.

---
DEPUTY CLERK OF COURT
    FOR THE COURT